# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TERRENCE BOWSER,<br><br>　　　　　Petitioner,<br><br>　v.<br><br>JERRY HOWELL, et al.,<br><br>　　　　　Respondents. | Case No. 2:20-cv-01301-RFB-BNW<br><br>**ORDER** |

Respondents having filed a motion for enlargement of time (second request) (ECF No. 7), and good cause appearing;

IT THEREFORE IS ORDERED that respondents' motion for enlargement of time (second request) (ECF No. 7) is **GRANTED**. Respondents will have up to and including November 16, 2020, to file and serve an answer or other response to the petition.

DATED:  October 27, 2020.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　RICHARD F. BOULWARE, II
　　　　　　　　　　　　　　　　　　　　　United States District Judge

1