# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TERRENCE BOWSER,<br><br>    Petitioner,<br><br>    v.<br><br>JERRY HOWELL, et al.,<br><br>    Respondents. | Case No. 2:20-cv-01301-RFB-BNW<br><br>**ORDER** |

Respondents have filed a motion for leave to file exhibits in camera and under seal (ECF No. 16). The exhibits are petitioner's co-defendant's motion to suppress, which contains co-defendant's psychological evaluation, victim-impact statements, and petitioner's pre-sentence investigation report, both of which contain confidential information. The court finds compelling reasons to file this document under seal. See Kamakana v. City and County of Honolulu, 447 F.3d 1172 (9th Cir. 2006).

IT THEREFORE IS ORDERED respondents' motion for leave to file exhibits in camera and under seal (ECF No. 16) is **GRANTED**.

DATED: November 12, 2020.

_____
RICHARD F. BOULWARE, II
United States District Judge

1