**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

TERRENCE BOWSER,

      Petitioner,

  v.

JERRY HOWELL, *et al*.,

      Respondents.

Case No. 2:20-cv-01301-RFB-BNW

**ORDER REGARDING SATISFACTION OF JUDGMENT**

On January 30, 2026, this Court conditionally granted Petitioner Terrence Bowser's Petition for Writ of Habeas Corpus (ECF No. 1). See ECF No. 31. In doing so, this Court ordered Mr. Bowser's Nevada state court judgment of conviction vacated and directed the Eighth Judicial District, in and for Clark County, Nevada, to enter an amended judgment in Case No. C211162-2, imposing sentences of (1) two to five years for the conviction for discharge of a firearm out of a motor vehicle; and (2) one to five years for the conviction for discharging a firearm at or into a motor vehicle, each to run concurrent with each other and each to run concurrent with the sentence imposed for the conviction for  manslaughter with use of a deadly weapon. Id. at 24. On April 28, 2026, Respondents filed a notice of satisfaction of judgment and attached an amended judgment

of conviction dated April 24, 2026, in compliance with this Court's directive. See ECF Nos. 34; 34-1. Petitioner filed no opposition. Accordingly, the Court considers the judgment satisfied.

Therefore, **IT IS HEREBY ORDERED** the Court's judgment in this matter is **SATISFIED**. This case remains closed.

**DATED**: May 26, 2026.

_____
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

2